# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



17 OCT 12 PM 2:51

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEJANDRO SANCHEZ-GOMEZ,

    Defendant.

CASE NO. 17CR2733-BEN

BOOKING NO. 11248-298   RMC

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the joint motion of the Government and the Defendant for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

8 U.S.C. 1326 - Removed Alien Found in the United States

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/11/2017

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE